# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:11-cr-00060-ODE-RGV
### USA v. Rosario et al
### Honorable Orinda D. Evans

Minute Sheet for proceedings held In Open Court on 02/13/2012.

| | |
|---|---|
| TIME COURT COMMENCED: 9:40 A.M. | COURT REPORTER: Andy Ashley |
| TIME COURT CONCLUDED: 5:00 P.M. | COURT INTERPRETER: Richard Singer and Sandra Bravo |
| TIME IN COURT: 6:20 | |
| OFFICE LOCATION: Atlanta | CSO: Ricky Meadows, |
| | DUSM: Israel Sparks |
| | DEPUTY CLERK: Vicki Hanna |

| | |
|---|---|
| DEFENDANT(S): | [2]Jose Reyes Present at proceedings<br>[4]Albert Espinal Present at proceedings<br>[5]Johann Brito Present at proceedings |
| ATTORNEY(S) PRESENT: | Kim Dammers representing USA<br>Brent Gray representing USA<br>Dennis O'Brien representing Jose Reyes<br>Benjamin Reed representing Albert Espinal<br>Larry Wolfe representing Johann Brito<br>** Michael Antoniolli representing Johann Brito |
| PROCEEDING CATEGORY: | Jury Trial Began; |
| MOTIONS RULED ON: | DFT#2-[188]Report and Recommendation ADOPTED<br>DFT#2-[201]Motion in Limine DISMISSED<br>DFT#4-[156]Motion to Allow Participation in Voir Dire GRANTED<br>DFT#4-[157]Motion to Sever Defendant DENIED |
| MINUTE TEXT: | Defense counsel make their oral objections to the Magistrate's Report and Recommendation (188); objections overruled and the Report and Recommendation is adopted by the Court. Government's oral motion to allow 3 case agents to be present in court during trial, GRANTED. Defendants' renewed Motion for Continuance, DENIED. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 a.m., February 14, 2012. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Jury Selection Only, continued |